UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL HANZL,

    Plaintiff,

v.                                                                   Case No.: 8:05-CV-657-T-MAP

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon the Defendant's Motion for Entry of Judgment with Remand (doc. 22) pursuant to sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3).[1] The Plaintiff does not object to the relief requested. Accordingly, for the reasons stated in the motion, it is

ORDERED:

1. The Motion for Remand (doc. 22) is GRANTED.

2. The Clerk is directed to enter judgment for the Plaintiff with instructions that the Commissioner's decision is REVERSED under sentence four of 42 U.S.C. § 405(g) and the case is REMANDED for further administrative proceedings consistent with the reasons stated in the Defendant's motion.

DONE AND ORDERED at Tampa, Florida on this 16th day of February, 2006.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have consented to proceed before me pursuant to 28 U.S.C. § 636(c) (doc. 11).